1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

               **DISTRICT OF ARIZONA**
9
10 _____ )
   **Thelma Ramos,** an individual;  )     No. CV08-0364-PHX-EHC
11                                   )
        Plaintiff,                   )
12                                   )
   v.                                )
13                                   )
   **Arrow Financial Services**      )
14 **LLC,** a foreign limited        )     **ORDER**
   liability company;                )
15 **Paul D. Guglielmo** doing       )
   business as **Guglielmo**         )
16 **& Associates**; and **Arturo A.**)
   **Aguilar**;                      )
17                                   )
        Defendants.                  )
18                                   )
   _____ )
19
20
       Plaintiff and Defendants having stipulated to a dismissal
21
   of this action with prejudice (Dkt. 10), and good cause
22
   appearing,
23
   //
24
   //
25

1
2   **IT IS HEREBY ORDERED** dismissing this action with
3   prejudice, each party to bear its own attorney's fees and
4   costs.
5       DATED this 18th day of April, 2008.

*Earl H. Carroll*
———————————————
Earl H. Carroll
United States District Judge